THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Julius Bowman, Appellant.
 
 
 
 
 

Appeal From York County
Edward W. Miller, Circuit Court Judge

Memorandum Opinion No. 2009-MO-058
 Heard November 5, 2009  Filed November 9,
2009

AFFIRMED

 
 
 
 Jerry Leo Finney, of The Finney Law Firm, of Columbia,
 for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia;
 and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CUIAM:  Pursuant to a plea agreement, Julius Bowman pled
 guilty to trafficking in cocaine, 28 grams or more, but less than 100 grams,
 second offense, and received a negotiated sentence of twelve years in prison. 
 Bowman subsequently moved to vacate his plea, arguing it had been unknowingly
 and involuntarily made.  The plea judge denied the motion, and Bowman filed
 this direct appeal.
We affirm pursuant to Rule 220(b)(1),
 SCACR and the following authorities:  State v. Miller, 375 S.C. 370, 652
 S.E.2d 444 (Ct. App. 2007) (holding a defendant has no constitutional right to
 a plea bargain); United States v. Ruiz, 536 U.S. 622 (2002) (holding the
 constitution does not require the prosecutor to disclose all information that
 might be useful to a defendant, such as that relating to informants, prior to
 entering a guilty plea, as this information is related to the fairness of a trial,
 not the voluntariness of a plea); State v. Bickham, 381 S.C. 143, 147,
 672 S.E.2d 105, 107 (2009) ("The withdrawal of a guilty plea is
 generally within the sound discretion of the trial judge.") (citing State
 v. Riddle, 278 S.C. 148, 292 S.E.2d 795 (1982)).
AFFIRMED.
WALLER, ACTING CHIEF
 JUSTICE, PLEICONES, BEATTY and KITTREDGE, JJ., and Acting Justice James E.
 Moore, concur.